**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Aisha Waldrup & Household,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-01369** |
| **v.** | § | |
| | § | |
| | § | |
| **Freedom Mortgage and Nestor Solutions, LLC,** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |
| | § | |
| | § | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Defendants Freedom Mortgage Corporation ("Freedom Mortgage) and Nestor Solutions, LLC ("Nestor," herein collectively "Defendants) provide this Corporate Disclosures Statement and state as follows:

1. **Freedom Mortgage** is a New Jersey corporation with its principal place of business in Boca Raton, Florida, and is a wholly-owned subsidiary of Freedom Mortgage Holdings LLC. No publicly-held corporation owns ten percent (10%) or more of any ownership interest in Freedom Mortgage.

2. **Nestor** is a Florida limited liability company. Its sole member is Archwell Holdings, LLC, a Florida limited liability company. Archwell Management LLC's sole member is Archwell Holdings, LLC, a Florida limited liability company. Archwell Holdings, LLC's members are two trusts..

Respectfully submitted,

By: */s/ Kathryn B. Davis*

**KATHRYN B. DAVIS**
State Bar No. 24050364
kdavis@mcglinchey.com
**MCGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone : (713) 520-1900
Facsimile: (713) 520-1025

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2025, a true and correct copy of the foregoing was served pursuant to the FEDERAL RULES OF CIVIL PROCEDURE as follows:

***Via Email: joy4aisha@gmail.com***

Aisha Waldrup and Household
7717 Louetta Rd., 11204
Klein, TX 77391

*/s/ Kathryn B. Davis*
**KATHRYN B. DAVIS**